**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Lynn Smith, | ) |
| Plaintiff, | ) No. CIV 05-1570-PHX-JAT (DKD) |
| | ) |
| vs. | ) |
| | ) **SCHEDULING AND DISCOVERY** |
| Captain Peterson, et al., | ) **ORDER** |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, proceeding pro se, having filed a complaint pursuant to 42 U.S.C. § 1983 and defendants[1] having answered,

**IT IS ORDERED** that the parties shall comply with the following deadlines and discovery orders:

EVENT             DEADLINE

1. Last day by which discovery requests may be submitted (discovery request cutoff date):    February 13, 2006

  1.1. No discovery requests may be submitted after this date except by stipulation of the parties or by Court order for good cause shown.

  1.2. Responses to discovery must be filed within the time provided by the rules unless the parties stipulate otherwise.

---

[1] Captain Peterson, Joseph Arpaio.

2.	If defendants desire to take plaintiff's deposition they may do so by
no later than:                                                          March 16, 2006

    2.1.	Leave of Court for the taking of such deposition is granted pursuant to Rule
        30(a)(2), Federal Rules of Civil Procedure.  The deposition may be taken by
        telephone at the option of defendants.

3.	Dispositive motion deadline is:                                  April 15, 2006

4.	Proposed joint pretrial order lodged with the Court by:          May 15, 2006

    4.1.	Defendants are responsible for initiating the drafting and submission of the
        proposed pretrial order in the form prescribed by the assigned trial judge.

5.	Limits on discovery.

    5.1.	Interrogatories:  No more than 25 (including subparts) by each party to any
        other party.

    5.2.	Requests for production of documents:  No more than 15 from each party to
        any other party.

    5.3.	Requests for admissions:  No more than 10 from each party to any other party

    5.4.	Depositions:  Because of the logistical problems involved, self-represented
        incarcerated parties may not take depositions without prior Court permission.
        Such permission will not be granted except upon a showing of exceptional
        circumstances.

6.	Discovery disputes.

    6.1.	The Court will not entertain motions to compel discovery, motions for
        sanctions, motions for protective orders, or the like unless and until there has
        been compliance with the following procedure:  In the event of a dispute over
        discovery, the parties must confer in good faith, in person or by telephone,
        and attempt to resolve the dispute.  Rule 37(a), Federal Rules of Civil
        Procedure; LRCiv 7.2(j), Rules of Practice of the U.S. District Court for the
        District of Arizona.  If the dispute remains unresolved, the parties must

arrange and participate in a telephonic conference with the undersigned judge prior to bringing any discovery motions.

DATED this 14th day of November, 2005.

_____

David K. Duncan
United States Magistrate Judge